



**ORIGINAL** *(vertical left margin)*

**LODGED** / **FEB - 8 2008** *(vertical left margin stamp)*

1  **LANKENAU & MILLER, LLP**
   Stuart J. Miller (SJM 4276)
2  1775 Broadway, Suite 610
   New York, NY 10019
3  Tel: (212) 581-5005
   Email: SJM@lankmill.com
4
5  **THE GARDNER FIRM**
   Mary E. Olsen (OLSEM4818)
   M. Vance McCrary (MCCRM4402)
6  J. Cecil Gardner (GARDJ3461)
   1119 Government Street
7  Post Office Drawer 3103
   Mobile, AL 36652
8  Tel: (251) 433-8100
   Email: molsen@thegardnerfirm.com
9          vmccrary@thegardnerfirm.com
           cgardner@thegardnerfirm.com
10 Attorneys for Plaintiffs

11 Daniel I. Barness, Esq. (SBN 10423)
   SPIRO MOSS BARNESS, LLP
12 11377 Olympic Blvd., 5th Floor
   Los Angeles, CA 90064
13 Telephone: (310) 235-2468
   Facsimile: (310) 235-2456
14

15                 **UNITED STATES BANKRUPTCY COURT**

16                 **CENTRAL DISTRICT OF CALIFORNIA**

17                        **SANTA ANA DIVISION**

18
   In re:                                    Case No.: SA 07-10765-RK
19
   PEOPLE'S CHOICE HOME LOAN,                Chapter 11
20 INC., et al.,[1]
                                             (Jointly Administered with Case Nos. SA 07-10767-RK
21            Debtors.                       and 07-10772-RK)

                                             [This pleading affects cases SA 07-10765-RK
22 JOHN P. SALVADOR, DOUGLAS                 and SA 07-10772-RK]
   MCCLARY, AND MELINDA MCZIEL, on
23 their own behalf and on behalf of all other  Adv. No.: SA 07-1098-RK
   persons similarly situated,
24
                                             [~~PROPOSED~~] **STIPULATED ORDER ON**
25            Plaintiffs,                     **CLASS CERTIFICATION,**
                                             **APPOINTMENT OF CLASS**
26 v.                                         **REPRESENTATIVES, APPOINTMENT OF**
                                             **CLASS COUNSEL AND APPROVAL OF**

---

[1]     The Debtors are People's Choice Home Loan, Inc., a Wyoming corporation, Fed. Tax I.D. No.: 94-3348277;
People's Choice Funding, Inc., a Delaware corporation, Fed. Tax I.D. No.: 20-1156865; and People's Choice Financial
Corporation, a Maryland corporation, Fed. Tax I.D. No.: 20-1157100.

FILED
FEB 14 2008
U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ENTERED
FEB 15 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| | |
|---|---|
| PEOPLE'S CHOICE FINANCIAL CORPORATION, a Maryland corporation, PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation, | **THE FORM AND MANNER OF CLASS NOTICE** |
| Defendants. | |

## ~~PROPOSED~~ O R D E R

Upon consideration of the Plaintiffs' Amended Motion for Class Certification and Other Relief [Docket No. 23] (the "Motion"), and additional documents submitted in connection therewith; the Court having considered the statements of counsel concerning the Motion at the hearing thereon; and the Court having determined that class certification is appropriate; IT IS HEREBY ORDERED THAT:

1.    A class (the "Class") is certified comprised of the following two subclasses:

    a)    All former employees of Defendants who were terminated without cause from their employment at Defendants' operations located at 7505, 7515, 7525, and 7545 Irvine Center Drive, Irvine, California 92618 (collectively, the "Facility) in March and April 2007, who have not validly waived and/or released their claims or potential claims under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. s 2101 et seq. and/or its California counterpart California Law Code §§ 1400 et seq. (the "WARN Act"), and do not file a timely request to opt out of the Class ("Subclass A") whose names are listed on Exhibit A attached hereto and

    b)    All former employees of Defendants who were terminated without cause from their employment at the Facility in May 2007, who have not validly waived and/or released their claims or potential claims under the WARN Act, and do not file a timely request to opt-out of the Class ("Subclass B") whose names are listed on Exhibit B attached hereto.

The Class described above meets the requirements of Fed.R.Civ.P. 23 (a).

2.       The Class is certified pursuant to Fed.R.Civ.P. 23(b)(3).  The Court finds that the questions of law or fact common to the members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

3.       Plaintiffs John P. Salvador, Melinda McZiel,  Shane Fowler and Debbie Oliphant are hereby appointed Class Representatives for Subclass A.  Within thirty (30) days of entry of this Order, Plaintiffs shall propose a Class Representative(s) for Subclass B.  If Defendants do not object to the proposed Class Representative(s) within five (5) days, such person(s) shall become Class Representative(s) for Subclass B.

4.       The Gardner Firm, P.C., Lankenau & Miller, LLP and Spiro Moss Barness, LLP are appointed class counsel (collectively "Class Counsel").

5.       The proposed form of Notice to the Class, attached to this Order as Exhibit C, is approved.  Notice in compliance with this Order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all Class Members in full compliance with the notice requirements of Fed. R. Civ. P. 23.

6.       Within thirty-five (35) days after entry of this Order, Class Counsel shall mail the Notice, First Class postage prepaid, to the proposed members of the Class at their last known addresses as noted in the Defendants' records, in an envelope bearing the return address of The Gardner Firm, P.C.; Lawyers; 1119 Government Street; Post Office Drawer 3103; Mobile, AL 36652.

7.  Within ten (10) days after such mailing, Class Counsel shall serve and file a sworn statement affirming compliance with this Order concerning the mailing of the Notice, including a list of all former employees to whom the Notice was mailed.

8.  Class members shall have thirty-five days from the date of mailing of the Notice to return the opt-out form, if they choose to exclude themselves from the Class.

9.  Within ten (10) days after the last date on which a Class Member may timely opt out, Class Counsel shall serve and file a sworn statement listing the names of any persons who have timely opted out of the Class.

DATED: **FEB 1 4 2008**

_____

HONORABLE ROBERT N. KWAN
UNITED STATES BANKRUPTCY COURT JUDGE

Respectfully Submitted,

Dated: November 21, 2007          By      THE GARDNER FIRM, P.C.

/s/ Mary E. Olsen
_____
Mary E. Olsen
Attorneys for Plaintiffs

Dated: November 21, 2007     By

PACHULSKI STANG ZIEHL & JONES LLP

_____
Jeffrey W. Dulberg
Ellen M. Bender
Attorneys for Defendants

**PROOF OF SERVICE**
**Salvador, McClary, Meziel v. People's Choice Home Loan, Inc.**
**US Bankruptcy Court Case No. SA 07-1098 RK**
**Central District-Santa Ana Division**

I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., 5th Fl., Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness LLP.

On the date set forth below I served the document(s) described as **[PROPOSED] STIPULATED ORDER ON CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, APPOINTMENT OF CLASS COUNSEL AND APPROVAL OF THE FORM AND MANNER OF CLASS NOTICE** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness LLP:

| | |
|---|---|
| LANKENAU & MILLER, LLP<br>Stuart J. Miller<br>1775 Broadway, Suite 610<br>New York, NY 10019 | THE GARDNER FIRM<br>Mary E. Olsen<br>1119 Government Street<br>Post Office Drawer 3103<br>Mobile, AL 36652 |
| Jeffrey W. Duhlberg<br>Ellen M. Bender<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067 | |

**[X ] BY MAIL**: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.
**[ ] BY ELECTRONIC TRANSMISSION** On the date set forth below I transmitted the document(s) listed above to the above email address(s) before 5:00 p.m.
**[ ] BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY** On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.
**[ ] (BY FACSIMILE)** On the date set forth below, I transmitted the above document(s) from facsimile machine number (310) 235-2456, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.
**[x] (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles County, California, on February 7, 2008

Cole Oliver

1
PROOF OF SERVICE