| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number<br>Mary E. Olsen<br>M. Vance McCrary<br>THE GARDNER FIRM, P.C.<br>1119 Government Street<br>Mobile, Alabama 36604<br>P: (251) 433-8100<br>F: (251) 433-8181<br>e-mail: molsen@thegardnerfirm.com; vmccrary@thegardnerfirm.com<br>*Attorney for* JOHN P. SALVADOR, DOUGLAS MCCLARY, AND MELINDA MCZIEL, on their own behalf and on behalf of all other persons similarly situated | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,

Debtor(s).

| | |
|---|---|
| JOHN P. SALVADOR, DOUGLAS MCCLARY, AND MELINDA MCZIEL, on their own behalf and on behalf of all other persons similarly situated,<br><br>Plaintiff(s).<br><br>vs.<br><br>PEOPLE'S CHOICE FINANCIAL CORPORATION, a Maryland corporation, PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation,<br><br>Defendant(s). | CHAPTER: 11<br>CASE NO.: SA 07-10765-RK<br>Jointly Administered with Case Nos. SA 07-10767-RK and 07-10772-RK<br>[This pleading affects cases SA 07-10765-RK and SA 07-10772-RK]<br>ADVERSARY NO.:<br>SA 07-1098-RK<br>DATE: March 11, 2008<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 5D |

*(Continued on next page)*

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 7016-1.1**

**American LegalNet, Inc.**
**www.USCourtForms.com**

# JOINT STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1 (a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☒ Yes  ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page):*

*(Continued on next page)*

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 7016-1.1**

**American LegalNet, Inc.**
**www.USCourtForms.com**

| In re PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation, | CHAPTER: 11 |
|---|---|
| | CASE NO.: SA 07-10765-RK |
| Debtor(s). | ADVERSARY NO.: SA 07-1098-RK |

**B.**    **READINESS FOR TRIAL:**

     1.    When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Fall 2008 | Fall 2008 |

     2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Expect to file motion for summary judgment; extensive discovery necessary if motion for summary judgment is not granted. Plaintiffs do not agree that a stay of proceedings is appropriate. | Stay of proceedings |

     3.    When do you expect to complete your discovery efforts?

| Plaintiff | Defendant |
|---|---|
| 5 months; a stay of proceedings is not appropriate. | Depends on stay; discovery will require 5-6 months |

     4.    What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Document requests, interrogatories, requests for admissions and depositions | Document requests, interrogatories, requests for admission, depositions |

**C.**    **TRIAL TIME:**

     1.    What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

| Plaintiff | Defendant |
|---|---|
| 2 days | 2 days |

     2.    How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
|---|---|
| Unknown at this early stage | Unknown at this early stage |

     3.    How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this early stage | Unknown at this early stage |

*(Continued on next page)*

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 7016-1.1**

American LegalNet, Inc.
www.USCourtForms.com

Joint Status Report - *Page 3*     **F 7016-1.1**

| In re PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation, | CHAPTER: 11 |
|---|---|
| | CASE NO.: SA 07-10765-RK |
| Debtor(s). | ADVERSARY NO.: SA 07-1098-RK |

**D. PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference X (is)/ __ (is not) requested. Reasons: | Pre-trial conference X (is)/ __ (is not) requested. Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set after: | Pre-trial conference should be set after: |
| (date) August 1, 2008 | (date) August 1, 2008 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Settlement efforts are ongoing and may resolve the claims in this matter.

2. Has this dispute been formally mediated?     ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   | Plaintiff | Defendant |
   |---|---|
   | ☐ Yes    ☒ No | ☐ Yes    ☒ No |

*(Continued on next page)*

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

American LegalNet, Inc.
www.USCourtForms.com

| In re PEOPLE'S CHOICE HOME LOAN, INC., a Wyoming corporation, | CHAPTER: 11 |
|---|---|
| | CASE NO.: SA 07-10765-RK |
| Debtor(s). | ADVERSARY NO.: SA 07-1098-RK |

**F.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Plaintiffs assert that a WARN Act class bankruptcy action is appropriate (see e.g., In re Future Media Productions, Inc., Case No. SV06-10170 GM, Adv. No. AD 06-01200 GM (Bankr. C.D. Ca. 2006); In re First Alliance Mortgage Company, 269 B.R. 428 (D.C.D. Cal. 2001)) and that the action should proceed as it is not proscribed by the automatic stay.

Defendants assert that further prosecution of this action, and any other proceedings, is proscribed by the automatic stay imposed by Bankruptcy Code Section 362(a).

Respectfully submitted,

Dated: 02/25/2008

The Gardner Firm, P.C.
*Firm Name*

By:   /s/ MARY E. OLSEN

Name: Mary E. Olsen

Attorney for: Plaintiffs

Dated: 2/25/08

Pachulski Stang Ziehl & Jones LLP
*Firm Name*

By:   /s/ ELLEN BENDER

Name: Ellen Bender

Attorney for: Defendants

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **F 7016-1.1**

American LegalNet, Inc.
www.USCourtForms.com

# ATTACHMENT

*Revised August 2005* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 7016-1.1**

American LegalNet, Inc.
www.USCourtForms.com